# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

BERT DALMAYER, *et al.*,

    Plaintiffs,

v.

STATE OF MICHIGAN, *et al.*,

    Defendants.

                                                 /

CASE NO. 08-CV-12784

DISTRICT JUDGE THOMAS LUDINGTON
MAGISTRATE JUDGE CHARLES BINDER

## ORDER SETTING ASIDE CLERK'S ENTRIES OF DEFAULT
## AS TO DEFENDANT HURON UNDERCOVER NARCOTICS TEAM (Dkt. 44)
## AND DEFENDANT MICHIGAN SUPREME COURT (Dkt. 45)

## AND DENYING AS MOOT
## PLAINTIFFS' MOTIONS FOR DEFAULT JUDGMENT
## AS TO THESE DEFENDANTS (Dkt. 52 & 53)

      This *pro se* prisoner civil rights case was referred to the undersigned magistrate judge for pretrial proceedings on July 15, 2008. The *pro se* complaint, which was filed on June 30, 2008, asserts claims by 22 plaintiffs against 97 defendants.

      On October 28, 2008, process was served on Defendants Huron Undercover Narcotics Team ("HUNT") and Michigan Supreme Court ("MSC"); their answers were thus due on November 17, 2008. (Dkt. 8 & 15.) On November 10, 2008, the Office of the Michigan Attorney General filed a motion seeking "an order extending the time in which the Governor *and other State defendants* must respond to Plaintiffs' complaint." (Dkt. 12 at 3 (emphasis added).) The manner in which the motion was docketed, however, did not clearly articulate that the motion was filed on behalf of more than one defendant. Therefore, when the Plaintiffs subsequently requested a Clerk's entry of default against Defendants HUNT and MSC (Dkt. 33 & 34), the defaults were entered. (Dkt.

44 & 45.)  On the same day the defaults were entered, the Attorney General's office filed notices clarifying that the original motion seeking an extension of time (Dkt. 12) applied to all State of Michigan defendants including HUNT and MSC.  (Dkt. 48 & 50.)

Rule 55(c) of the Federal Rules of Civil Procedure states that "[t]he court may set aside an entry of default for good cause[.]"  FED. R. CIV. P. 55(c).  In this case, Defendants HUNT and MSC were two of the "State defendants" that timely filed a motion to extend time to answer, and they have therefore shown good cause under Rule 55(c).  Accordingly, **IT IS ORDERED** that the defaults entered against Defendant HUNT (Dkt. 44) and Defendant MSC (Dkt. 45) are **HEREBY SET ASIDE.**

Furthermore, because the defaults have been set aside, **IT IS FURTHER ORDERED** that the Motions for Default Judgment filed by Plaintiffs against these two defendants (Dkt. 52 & 53) are **DENIED AS MOOT.**

Review of this Order is governed by 28 U.S.C. § 636(b)(1), FED. R. CIV. P. 72, and E.D. Mich. LR 72.1(d).

                                       s/ *Charles E Binder*
                                       CHARLES E. BINDER
Dated: December 3, 2008                   United States Magistrate Judge

**CERTIFICATION**

       I hereby certify that this Order was electronically filed this date, electronically served on James Ferrell, C. Adam Purnell, James Cotant, John Gillooly, G. Gus Morris, Gretchen Olsen and Peter Worden; and served by first class mail on the following individuals at the addresses listed:

Bert Dalmayer and Sue Dalmayer
2294 Dault St.
Ossineke, MI 49766-9745

Andrew Giebleyou
10311 W. M-32
Herron, MI 49744-9701

Don Lofdlahl
3450 Lay Rd.
Alpena, MI 49707-9579

Robert Nolan
4679 Scott Rd.
Hubbard Lake, MI 49747-9734

Lloyd Frey
3038 State St.
Ossineke, MI 49766-9760

Ashley Hering
4679 Scott Rd.
Hubbard Lake, MI 49747-9734

Cindy Maskell
1574 Indian Reserve Rd.
Ossineke, MI 49766

Philip Sheldon
1934 N. Midland Rd.
Auburn, MI 48611-9514

Mike Geddart, I
13571 Hubbard Lake Rd.
Hubbard Lake, MI 49747

Sam Hughes
204 Wabeek Rd.
Alpena, MI 49744-8122

Lenny Maskell
232 Geronimo Rd.
Alpena, MI 49707

Loretta Udell
5715 King Settlement Rd.
Alpena, MI 49707-9531

Mike Geddart, II
13571 Hubbard Lake Rd.
Hubbard Lake, MI 49747

Carla Ide
10311 W. M-32
Herron, MI 49744-9701

Sue Maskell
3038 State St.
Ossineke, MI 49766-9760

Date: December 3, 2008       By    s/Jean L. Broucek
                                                               Case Manager to Magistrate Judge Binder