UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BERT DALMAYER, *et al.*,

        Plaintiffs,

                                  Case Number 08-12784-BC
v.                                     Honorable Thomas L. Ludington

STATE OF MICHIGAN, *et al.*,

        Defendants.
_____/

### ORDER DENYING PLAINTIFF BERT DALMAYER'S "MOTION FOR RELIEF FROM AN ORDER"

On June 6, 2011, Plaintiff Bert Dalmayer filed a "motion for relief from an order" [Dkt. # 156]. Although it is not clear from the motion precisely what Plaintiff is seeking, he is presumably seeking relief from the judgment entered more than one year earlier on June 4, 2010. Under Federal Rule of Civil Procedure 60(b), a Court may grant relief from a final judgment more than a year after it has been entered only if the judgment is void, Fed. R. Civ. P. 60(b)(4); it has been satisfied, vacated, or is no longer equitable, Fed. R. Civ. P. 60(b)(5); or some other unusual or extreme situation justifies relief, Fed. R. Civ. P. 60(b)(6); *Olle v. Henry & Wright Corp.*, 910 F.2d 357, 365 (6th Cir. 1990). Plaintiff has not demonstrated the judgment is void, that it has been satisfied or vacated, or that it is no longer equitable. Nor has he identified an unusual or extreme situation that would otherwise justify relief.

Accordingly, it is **ORDERED** that Plaintiff's "motion for relief from an order" [Dkt. # 156]

is **DENIED**.

                                               s/Thomas L. Ludington
                                               THOMAS L. LUDINGTON
                                               United States District Judge

Dated: August 5, 2011

### PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney record herein by electronic means and upon the following individuals by first class U.S. mail on August 5, 2011.

| | | |
|---|---|---|
| Andrew Giebleyou<br>10311 W M-32<br>Herron, MI 49744 | Ashley Hering<br>4679 Scott Rd.<br>Hubbard Lake, MI 49747 | Bert Dalmayer<br>2294 Dault St.<br>Ossineke, MI 49766 |
| Carla Ide<br>10311 W M-32<br>Herron, MI 49744 | Don Lofdlahl<br>PO Box 733<br>Alpena, MI 49707 | Lenny Maskell<br>1934 W Midland<br>Auburn, MI 48611 |
| Lloyd Frey<br>3038 State St.<br>Ossineke, MI 49766 | Loretta Udell<br>5715 King Settlement Rd.<br>Alpena, MI 49707 | Mike Geddart, I<br>401 W Hubert Rd<br>Spruce, MI 48762 |
| Mike Geddart, II<br>401 W Hubert Rd<br>Spruce, MI 48762 | Philip Sheldon<br>1934 W Midland Rd.<br>Auburn, MI 48611 | Robert Nolan<br>4679 Scott Rd<br>Hubbard Lake, MI 49747 |
| Sam Hughes<br>204 Wabeek Rd.<br>Alpena, MI 49707 | Sue Dalmayer<br>2294 Dault St.<br>Ossineke, MI 49766 | |

                                               s/Tracy A. Jacobs
                                               TRACY A. JACOBS